IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK SMITH,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                           12-cv-742-wmc

ROBERT DICKMAN, MARATHON CO.
JAIL GUARDS, WILLIAM W. BEAUDRY,
DENNY C. WOODWARD, GUARD TULLY,
R.J., OTHER GUARDS,
SUPERVISORS PELLOWSKI, SHAFFER and
OTHER SUPERVISORS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Smith's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

    /s/                                                   11/22/2013
Peter Oppeneer, Clerk of Court                  Date